LOUIS HUTTER, Respondent, *v.* WILLIAM J. RODENBACH, Appellant, Impleaded with Another.

(Argued March 23, 1932; decided April 26, 1932.)

*Bernard Hershkopf* and *Charles Eno* for appellant.
*Harry A. Schwartz* for respondent.

Appeal dismissed, with costs, on the ground that the judgment appealed from is not final; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.